## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| BRENDA CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-04217-CV-C-NKL |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., et al., | ) | May 21, 2009 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
======================================================================
Nature of Proceeding: Teleconference
Time: 1:30 p.m. - 1:55 p.m.

Plaintiff by: Sylvia Goldsmith and Dale Irwin
Defendant Experian by: Gabrial Scannapieco
Defendant Trans Union by: Anthony Schaefer and William Brown


Comments:

Teleconference held regarding discovery disputes.

The Court gave Plaintiff and Defendant Trans Union an additional two weeks to resolve the dispute between the parties. The parties shall notify the Court of the status of this issue at the end of the two week period and, if the dispute has not been resolved, the Court will set another teleconference. If the Court does not hear back from the parties the Court will consider the issue resolved and will not reconsider the issue at a later date. The plaintiff will take the three Trans Union employees depositions after the 30(b)(6) deposition has been held.

Defendant Experian stated they have not generated a long administrative report. The Court ordered the long administrative report produced to Plaintiff. The Court ordered the Protective Order be amended to provide the long administrative report, loose match administrative report and administrative handbook is for attorneys eyes only until the plaintiff can demonstrate she

needs show it to someone else and then she must come to the Court for permission.

Loose match administrative report. The Court ordered the defendant to find out if a loose match administrative report exits within three days, and, if this report does not exhibit defendant shall file an affidavit indicating so within seven days. If it does exit defendant must provide it to the plaintiff and it is subject to the protective order as modified today.

The parties shall try to resolve the issue regarding the administrative handbook within two weeks and if they can not resolve the issue they shall contact the Court for a teleconference. This matter is subject to the protective order as modified.

Court Reporter: None                                           By: Renea Kanies, Courtroom Deputy