# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| BRENDA CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-04217-CV-C-NKL |
| ) | |
| EXPERIAN INFORMATION ) | June 4, 2009 |
| SOLUTIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
========================================================================
Nature of Proceeding: Teleconference
Time: 10:45 a.m. - 10:52 a.m.

Plaintiff by: Sylvia Goldsmith and Dale Irwin
Defendant Trans Union by: Anthony Schaefer

Comments:

Teleconference held regarding a discovery dispute. The defendant stated the documents are being overnighted today and the other materials that have been identified will be sent to plaintiff next week. The Court ordered those documents produced by June 12, 2009.

Court Reporter: None                          By: Renea Kanies, Courtroom Deputy