# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| BRENDA CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-04217-CV-C-NKL |
| | ) | |
| EXPERIAN INFORMATION | ) | June 11, 2009 |
| SOLUTIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
======================================================================
Nature of Proceeding: Teleconference
Time: 11:34 a.m. - 12:11 p.m.

Plaintiff by: Sylvia Goldsmith and Dale Irwin
Defendant Experian by: Gabriel Scannapieco

Comments:

Teleconference held regarding a discovery dispute between Plaintiff and Defendant . The Court ordered Defendant Experian to retrieve and produce to Plaintiff reports for the PINs associated with the two individuals also named Brenda Campbell whose social security numbers and other information appeared in Plaintiff Brenda Campbell's credit file by June 18, 2009. The parties can present a protective order to the Court regarding this information.

Court Reporter: None						By: Renea Kanies, Courtroom Deputy