## AFFIDAVIT

I hereby swear and affirm the following:

I am a Ph.D. in economics. My resume is attached.

I have calculated the loss of enjoyment of life in personal injury cases, based on peer-reviewed studies in the academic economic literature on Willingness-To-Pay to save statistical lives. These studies are based on what people are willing to pay to reduce the risk of death, and what workers are willing to accept as payment for accepting such risk on the job. This methodology has been widely accepted and published in the peer-reviewed economic literature for several decades in economic journals of the highest quality.

From my personal knowledge, many of my fellow economists nationwide also testify in court as expert witnesses using this basic methodology.

Loss of enjoyment of life damages in personal injury cases can be calculated with a reasonable degree of economic certainty. These estimates can provide valuable assistance to a jury in determining intangible losses for a given individual. An example of an acceptable method to calculate such damages can be found in Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys, and supplements thereto, by M. L. Brookshire and S. V. Smith, Anderson Publishing Co., Cinn., Ohio, 1990.

Disagreements among economists in the forensic field in this area regarding these calculations do not materially differ from the many disagreements that exist over methodologies in other areas of economic testimony, such as valuing businesses, calculating worklife for injured workers, etc., estimating discount rates for present value purposes, etc. There diversity of expert economic opinion has long been accepted in courts of law.

As this 18 day of December, 1996.

_Allan S. McCausland, Ph.D._

LINDA M. SHEEHY, Notary Public
My Commission Expires March 20, 2001

_Linda M. Sheehy_

---

- RESUME -

Allan S. McCausland, Ph.D.                     Telephone: (603) 746-5820

CURRENT POSITION: Arbitrator/Economic Consultant

McCausland Economic Associates
834 Main Street, P.O. Box 248
Contoocook, New Hampshire 03229

McCausland Economic Associates is a consulting firm specializing in three areas:

-- Arbitration, Mediation and Fact-Finding Services
-- Analysis of Economic Damages and Expert Witness Work
-- Financial Consulting Services

### EDUCATION

Ph.D. in Economics, Clark University, Worcester, Massachusetts
M.A. in Economics, Whittemore School of Business and Economics,
   University of New Hampshire, Durham, New Hampshire
B.A. with High Honors, American International College, Springfield, Massachusetts

### PROFESSIONAL ACTIVITY

Active Arbitrator/Mediator/Fact-Finder in the Private and Public Sectors
Active Speaker/Panelist
Consultant to Law Firms
Financial Consultant
Registered Investment Advisor (1983-1990)
Professor of Economics and Finance (1969-1983)

### MEMBERSHIPS

American Economic Association
Industrial Relations and Research Association
Eastern Economic Association
National Academy of Arbitrators
National Association of Business Economists
National Association of Forensic Economists
Northeast Business and Economic Association

### PANELS

American Arbitration Association's National Panel of Labor Arbitrators
American Arbitration Association's Multiemployer Pension Plan Amendments Act Panel
Federal Mediation & Conciliation Service's National Roster of Arbitrators
New Hampshire Public Employee Board's List of Neutrals
Massachusetts Board of Conciliation and Arbitration
Vermont Public Employee Board's List of Neutrals
Numerous Individual Private & Public Collective Bargaining Agreements
Defense Logistic Agency's Grievance and EEO Panels (1984-1990)
FAA/NATCO-New England Region Panel of Arbitrators (1988-1993)

## HONORS

- National Academy of Arbitrators
- National Science Foundation Fellow
- Omicron Delta Epsilon National Honor Society in Economics
- Beta Mu Delta National Honor Society in Business Administration
- Alpha Chi National Honor Society
- Valedictorian (American International College)
- Dean's List
- Who's Who In American Colleges and Universities (1967)
- Best Faculty Award, New Hampshire College (1979-80)

## PRESENTATIONS (1980-Present)

- Arbitrating & Litigating Business Value and Profits, New Hampshire Trial Lawyers Association, Civil & Family Seminar, March, 1996
- Cases in Arbitration Cases, Sixth Annual Public Sector Labor Seminar, Manchester, New Hampshire, October, 1995
- Resolution of Teacher Disputes, New Hampshire/NEA Leadership Conference, North Conway, New Hampshire, July, 1995
- Make-Whole Remedies: The Displaced Employee, National Academy of Arbitrators Forty-Eighth Annual Meeting, San Francisco, California, May, 1995
- Using Local Economics, Taxes and Public Sector Bargaining, American Arbitration Association Conference, Bretton Woods, New Hampshire, July, 1994
- Worklife Estimates: Not for Use in Personal Injury and/or Wrongful Death Litigations, Eastern Economic Association Meeting, Issues in Forensic Economics II, Boston, Massachusetts, March, 1994
- Arbitration to Avoid Litigation, Institute for Management Accounting, Manchester, New Hampshire, February, 1992
- Health the Economy & Health Issues on Labor/Management Relations, American Arbitration Association, Boston, Massachusetts, June, 1991
- Being an Arbitration Case, Advanced Arbitration Advocacy Conference, American Arbitration Association, Boston, Massachusetts, May, 1991
- Case Preparation for Factfinding, American Arbitration Association Seminar, Fairlee, Vermont, September, 1990
- Factfinding: Presentation and Weight of Evidence, New Hampshire School Board Association Workshop, Concord, New Hampshire, January, 1990
- Alcohol Testing and Impairment Issues, American Arbitration Association Conference, Boston, Massachusetts, December, 1989
- Arbitration and Mediation, New Hampshire/NEA Workshop, Hanover, New Hampshire, August, 1989
- Limiting Future Costs of Treatment, New Hampshire Bar Association-Continuing Legal Education Program — Trying and Representing the Victims of Head Injury, Manchester, New Hampshire, April, 1989
- Personal and Competency Testing, New England Regional Arbitration Conference, University of Massachusetts, Amherst, Massachusetts, May, 1988
- How to Effectively Utilize a Mediator, Impasse Resolution New Hampshire School Boards Association Labor Relations Workshop, Manchester, New Hampshire, January, 1988

## PRESENTATIONS (1980-Present) - Continued

- Arbitrability, Public Sector Labor Relations in New Hampshire, Public Employees Labor Relations Board Conference, State of New Hampshire Symposium, Manchester, New Hampshire, May, 1987
- Fundamental Monetary Cycle of Investments, Personal Financial Planning for Lawyers, The New Hampshire Bar Association 1986 Annual Meeting, Bretton Woods, New Hampshire, June, 1986
- Mediation to Fact-Finding, Regional meeting of UniServ Directors of the National Education Association, Kennebunk, Maine, May, 1985
- Exports, Imports and Jobs, Eastern Regional meeting of the National Academy of Arbitrators, April, 1984, and Western Massachusetts International Trade Association, Boston, Massachusetts, October, 1984
- Discussant, Equity Sharing to Promote Residential Sales, Northeast Business and Economic Association, Boston, Massachusetts, November, 1984
- Use of Economic Data in Factfinding, American Arbitration Association Conference, North Conway, New Hampshire, November, 1984
- Arbitration Workshop, American Arbitration Association Conference, Boston, Massachusetts, July, 1984
- Assessing Affirmative Action Progress, New England Business and Economic Association Conference, Hartford, Connecticut, November, 1982
- A Worksheet for Mediation, American Arbitration Association Conference, Manchester, New Hampshire, November, 1982
- Aspects of Evidence and Proof, American Arbitration Association Conference, Woodstock, Vermont, May, 1982
- Discussant, Effect of Government Policy on Employment and Income, Western Economic Association Conference, San Francisco, California, July, 1981
- Use and Mis-use of the Consumer Price Index in Collective Bargaining, New England Regional Utility Conference, North Conway, New Hampshire, June, 1981
- Forecasting Interest Rates, New Hampshire Society of Certified Public Accountants, Manchester, New Hampshire, April, 1981
- Use of Econometrics in Forecasting, New Hampshire Society of Certified Public Accountants, Manchester, New Hampshire, Fall 1980

PUBLICATIONS

Company and Paperworkers, Local 499, Commerce Clearing House, Inc.'s, "Labor Arbitration Awards" publication, November 6, 1996, 6428, Pages 8226-8230.

& Harman Refining Division, Attleboro, MA and United Plant Guard Workers of America Local 541, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, August 28, 1996, 106LA993-1056.

Rochford, NH Police Department and State Employees Association of New Hampshire, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, August 21, 1996, 106LA967-970.

(NH) School District and Conway Education Association and Conway Education Support Personnel, NEA-New Hampshire, Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, May 29, 1996, 106 LA 385-448, and Commerce Clearing House, Inc.'s, "Labor Arbitration Awards" publication, August 13, 1996, 6256, Pages 7331-7333.

Uhne and Statutory Remedies: The Displaced Employee, Arbitration 1995: New Challenges and Expanding Responsibilities, Bureau of National Affairs, Inc., pages 191-205.

Ripple Estimates: Not for Use in Personal Injury and/or Wrongful Death Litigation, Maine Lawyers Review, Volume 3, Issue 3, March 15, 1995

Cascade Corporation/United Paper Workers International Local 900, Commerce Clearing House, Inc.'s, "Labor Arbitration Awards" publication, October 18, 1994, 94-2 ARB¶4483.

ark County Corrections Dept. and State Employees Association, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, September 14, 1994, 102LA1088-1096.

rook County Commissioners (N.H.) and AFSCME Local 2715, The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, March 2, 1994, 101LA1033-1064, also published by Commerce Clearing House, "Labor Arbitration Awards" publication, May 17, 1994, 94-1 ARB¶4221.

National Security Services, Inc. and Guard Workers Local 538, Commerce Clearing House, "Labor Arbitration Awards" publication, October 26, 1993, 93-2 ARB¶3504, also published by The Bureau of National Affairs, Inc.'s, "Labor Relations Reporter" publication, 1993, 101LA441.

(NH) School District and Conway Education Association, American Arbitration Association's "Arbitration in the Schools" publication, December 1, 1991.

el Grocers of Maine and Teamsters Union, Local No. 340, Commerce Clearing House Inc.'s, "Labor Arbitration Awards" publication, September 10, 1991, 91-2 ARB¶8437.

388 and City of Holyoke, Commerce Clearing House, "Labor Arbitration Awards" publication, March 12, 1991, 91-1 and American Arbitration Association's "Labor Arbitration in Government" publication, May 15, 1991 Vol. 21 No. 5.

Maine and Maine State Employees Association, Commerce Clearing House Inc.'s "Labor Arbitration Awards" publication, 1990, 90-2 ARB¶8521.

tel (MA) and International Brotherhood of Police Officers Local 415, American Arbitration Association's "Labor Arbitration in Government" publication, September 15, 1988.

Recovery Corp. and Teamsters, Local 6393, Commerce Clearing House, Inc.'s "Labor Arbitration Awards" publication, 1988.

(NH) School District/AFSCME Council 93, Local 1801, American Arbitration Association's "Arbitration in the Schools" publication, February 1, 1987.

(NH) School District/National Education Association-New Merrimack Educational Support Staff, Labor Relations Press' "Labor Arbitration Information System" publication, October

PUBLICATIONS - Continued

Town of Goffstown (NH)/AFSCME Council 93, Local 2715, American Arbitration Association's "Labor Arbitration in Government" publication, April 15, 1986.

Boise Cascade Corporation/United Paperworkers International Union, Local 900, American Arbitration Association's "Summary of Labor Arbitration Awards" publication, October 15, 1985.

North Smithfield (RI) School Committee/North Smithfield Association of Support Staff Personnel/National Education Association-Rhode Island, American Arbitration Association's "Arbitration in the Schools" publication, September 1, 1985.

Boise Cascade Corporation/United Paperworkers International Union, Local 900, Commerce Clearing House, July 22, 1985.

Using Statistics to Assess Affirmative Action, Papers and Proceedings, New England Business and Economic Association, Fall 1982

Sex Discrimination: By Whom?, The Reporter, Fall 1981

The Ripple Effect (?) in Minimum Wage Legislation, Atlantic Economic Journal, Volume III, No. 4, page 96 (December 1979) (also presented at the Atlantic International Economic Conference, Vienna, Austria, April 1979)

Minimum Wage Employment Effects in New England: 1950 through 1977, Papers and Proceedings, New England Business and Economic Development Conference, Hartford, Connecticut, 1976

The Fair Labor Standards Amendments of 1975 (H.R. 10130), FAIR LABOR STANDARDS AMENDMENTS OF 1975, Hearings before the Subcommittee on Labor Standards of the Committee on Education and Labor, House of Representatives, Ninety-Fourth Congress, pages 246-248, November 1975.

## PREVIOUS PROFESSIONAL EXPERIENCE

**1983-Present**    Arbitrator/Economic Consultant, McCausland Economic Associates

**1974-1983**    Professor Economics and Finance

New Hampshire College
Manchester, New Hampshire

Duties: Taught Investments, Security Analysis, Labor Economics, Labor Relations and Arbitration, Introduction to Economics.

**1974-1983**    Special Economic Consultant to Public Service Company of New Hampshire for the development of Labor Supply Availabilities for minorities and for statistically assessing progress in the Company's Affirmative Action Program.

**1977-1978**    Chairman: Management Arts and Economic Sciences Department, New Hampshire College

Duties: Supervised faculty, students and curriculum development in the following majors: Economics, Finance, Fashion Merchandising, Hotel/Resort Management, Marketing, Retail Management, and Techno-Business.

**1976-1980**    Associate Consultant, New England Economic Project: Aided in the development of a New England Forecasting Model and advised the Directors in policy decisions concerning the Project's activities.

**1974-1976**    Adjunct Professor of Investments and Personal Finance, Merrimack Valley Branch, University of New Hampshire, Manchester, New Hampshire

Duties: Developed curriculum and taught Investments and Personal Finance.

**1969-1974**    Assistant Professor of Economics and Finance

Coordinator: Economics and Finance Area
New England College, Henniker, New Hampshire

Duties: Taught Investments, Labor Economics, Labor Relations and Arbitration, Intermediate Micro and Macro Economics, and Introduction to Economics.

## COURT APPEARANCES AS AN ECONOMIC EXPERT*

### MAINE

Federal District Court of Maine, Portland and Bangor, Maine
- Business Lost Income and Sales, Business Valuations
- Economic Losses Resulting from Personal Injury, Defamation and Wrongful Discharge/Discrimination

State of Maine Superior Court: Cumberland, Kennebec, Knox, Oxford and Sagadahoc Counties
- Business Valuations
- Economic Losses Resulting from Personal Injury

### MASSACHUSETTS

Federal District Court of Massachusetts, Boston, Massachusetts
- Business Lost Income and Sales, Business Valuations
- Economic Losses Resulting from Personal Injury and Wrongful Discharge/Discrimination

State of Massachusetts Superior Courts: Essex, Middlesex, Norfolk, Plymouth, Suffolk and Worcester Counties
- Economic Losses Resulting from Personal Injury
- Limited Partnership Valuations

### NEW HAMPSHIRE

Federal District Court of New Hampshire, Concord, New Hampshire
- Business Lost Income and Sales, Business Valuations
- Economic Losses Resulting from Personal Injury, Wrongful Discharge/Discrimination and Wrongful Death

State of New Hampshire Superior Courts: Cheshire, Coos, Grafton, Hillsboro, Merrimack, Rockingham, Strafford, and Sullivan Counties
- Business Lost Income and Sales, Business Valuations
- Economic Losses Resulting from Personal Injury, Wrongful Death and Wrongful Discharge/Discrimination

### VERMONT

State of Vermont Superior Court: Orange County
- Economic Losses Resulting from Wrongful Discharge

*This is a list of the courts in which I have testified. I have testified in many of these courts numerous times on the same issues.