# AFFIDAVIT

This is to certify that I am currently a Vice President of the National Association of Forensic Economists (NAFE) and national co-chair for the next, annual meetings of that group in conjunction with the American Economic Association. The following are facts and opinions related to the proper calculation of lost enjoyment of life (hedonic) damages and the methods used by Professor Stan Smith:

1.) Stan Smith and I outlined the methodology of hedonic calculations in the book Economic/Hedonic Damages: The Practice Book for Plaintiff and Defense Attorneys. (Cincinnatti: Anderson, 1990) and in the article "Hedonic Damages and Personal Injury--A Conceptual Approach," Journal of Forensic Economics (December 1989).

2.) While no one has surveyed the 600 or so members of NAFE to determine opinions and methods regarding hedonic calculations, it is my personal knowledge that many colleagues in NAFE, including other national officers of this group, use the general methodology developed by Stan Smith and me.

3.) I have testified using this methodology on several occasions during the last few years. These testimonies have been in federal and/or state courts of West Virginia, Ohio, Tennessee, and South Carolina.

_____      May 16, 1991
Michael L. Brookshire, Ph.D.        Date
Professor of Economics
University of West Virginia

Sworn and subscribed by Michael L. Brookshire
before me a Notary Public in and for the cu'; of
Kanawha, State of West Virginia, this 16th day of
May ; 19 91.

_____
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
NAOMI MALLORY
CHARLESTON NATIONAL BANK
P.O. BOX 1113
CHARLESTON, WV 25324
My Commission Expires April 23, 2000

MELVILLE Z. WOLFSON, Ph.D.
FORENSIC ECONOMICS

ng Address:
10 O'Keefe Avenue
ite 200
w Orleans, La. 70113

Telephones:
(504) 581-7130
FAX: 581-7133
885-3696

## Affidavit

The undersigned does hereby swear and affirm the following:

1. The enclosed resume includes the academic degrees of Doctor of Philosophy in Economics (University of Illinois-Urbana) and Juris Doctor (Tulane University School of Law).

2. Testimony regarding the estimation and calculation of loss of the capacity to enjoy life this writer has offered in jurisdictions in Louisiana and Mississippi. Illustrations of calculation of these losses include references to peer-reviewed studies in the academic economic literature on Willingness-To-Pay to save statistical lives. These studies are based on what people are willing to pay to reduce the risk of death, and what workers are willing to accept as payment for accepting such risk on the job. This methodology is one widely accepted and has been published in peer-reviewed literature for several decades in economic journals of the highest quality. The method is one of several economists might utilize in an effort to assist fact finders in deliberating their own calculus of this element of damage.

3. Based on this method and generally accepted economic principles central to the utilization of others, economist can assist fact finders in calculating loss of enjoyment of life damages in personal injury cases with a reasonable degree of economic certainty. This function can provide valuable assistance in determining intangible losses for a given individual. An example of this method can be found in Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys, and supplements, by M. L. Brookshire and S. V. Smith, Anderson Publishing Co., Cinn., Ohio, 1990.

4. Disagreements among economists in the forensic field in this area regarding these calculations do not materially differ from the many disagreements that exist over methodologies in other areas of economic testimony, such as valuing businesses, calculating worklife for injured workers, estimating discount rates for present value purposes, etc., where diversity of expert economic opinion has long been accepted in courts of law.

Dated this 18 day of December, 1996.

_____
Melville Z. Wolfson, Ph.D., J.D.

---

# CURRICULUM VITAE

## PERSONAL

**NAME:** Melville Z. Wolfson

**ADDRESS:** 4628 Taft Park
Metairie, Louisiana 70002

**PHONE:** 504-581-7130 (O)
504-888-4296 (H)

**DATE OF BIRTH:** August 15, 1941

**MARITAL STATUS:** Widower, 3 children

## EDUCATION

- Isidore Newman School, New Orleans, Louisiana (1959)
- B.S., cum laude, (Business), LSU in New Orleans (1963)
- M.S., (Labor Economics), University of Illinois (1964)
- Ph.D., (Economics, Finance), University of Illinois (1971)
- J.D., Tulane University (1973)

## EXPERIENCE

- University of Illinois Teaching Assistant (1964-1965)
- University of New Orleans (1967—), currently Associate Professor

## COURSES

Statistics, Labor Economics, Collective Bargaining, Graduate Business Research, Corporate Finance, Finance, Money and Banking, Graduate Macro Economics, Theory (representative courses).

## PROFESSIONAL

- National Association of Forensic Economists (Charter Member)
- American Academy of Financial and Economic Experts (Charter Member)
- National Association of Economic Arbitrators.
- Various Economic Associations: American, Southern, Southwest, Louisiana

## EDITORIAL

- Editorial Board, Journal of Legal Economics
- Reviewer, Journal of Legal Economics, Journal of Forensic Economics

## CONSULTING

Qualified: Labor Economist, Forensic Economist, Statistician, Real Estate Expert, Valuation of Business and Business Loss.

## TESTIMONY AND ACCEPTED

Federal and State Courts: Louisiana, Mississippi, Alabama, Florida, South Carolina, Tennessee, Texas, and Federal Courts in New York and California.

State of Louisiana:

Parish of Caddo:

## AFFIDAVIT

I hereby swear and affirm the following:

That I am Luvonia J. Casperson, Ph.D., am Chair of the Department of Economics and Finance at Louisiana State University at Shreveport and have taught Economics at LSU-S since 1975. That I have been a member of the American Economics Association since 1972, and a member of the National Association of Forensic Economists since its inception in 1986.

1.) Further, that I currently serve as one of six vice presidents of the National Association of Forensic Economists, which is a sub-group of the American Economic Association comprised of more than 500 members.

2.) That I have calculated lost enjoyment of life (hedonic) damages, based upon a multitude of willingness to pay studies in the economic literature. These studies value an American life based upon what workers and consumers are willing to pay to preserve (save) an American life.

3.) That from my personal knowledge, at least three of six vice presidents of the National Association of Forensic Economists currently estimate lost enjoyment of life damages.

4.) That lost enjoyment of life damages can be estimated with a reasonable degree of professional certainty. Disagreements among forensic economists over specific aspects of such calculations do not differ from disagreements over other calculations long accepted in courts of law—such as the exact relationship between wage growth and discount rates in the estimation of lost earning capacity.

_Luvonia J. Casperson_
Luvonia J. Casperson, Ph.D.

Subscribed to and signed before me, this ___4th___ day of December, 1991.

_Elizabeth G. Doles_
Notary Public
ELIZABETH G. DOLES, Notary Public
Caddo Parish, Louisiana
My Commission is for Life

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| JULIA SHELTON, | ) |
| Plaintiff, | ) Cause No. 575452 |
| vs. | ) Team B |
| E.W. SZOKO, M.D., et al., | ) |
| Defendants. | ) |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S EXPERT WITNESS STAN V. SMITH

COMES NOW Charles de Seve, who has a Ph.D. in Economics, along with an M.A. and B.A. from the State of University of New York at Albany and is President of American Economics Group, Inc. in Washington, D.C.

I have served as a consultant to government, industry and the legal profession in the areas of economic and statistical analysis, legal economics and computer modeling and simulation.

I have taught Economics at Rensselaer Polytechnic Institute, Russell Sage College, the State University of New York at Albany and Cornell University.

I am familiar with Stan V. Smith and the methodology he uses for calculating hedonic damages. This methodology is described in the book by Michael Brookshire and Stan V. Smith: "Economic/Hedonic Damages," 1990, Anderson Publishing Co. I use a similar method in the computer software which I have authored and which is used by economists to calculate hedonic loss. I have used this same methodology in testimony in the District of Columbia.

I believe this methodology to be reliable and sound and that it is regularly employed by economists who are experts in the field.

A copy of my Curriculum Vitae is attached to this Affidavit.

Dated this 16th day of May, 1991 in Washington, D.C.

_____
CHARLES de SEVE, PH.D.

Case 2:08-cv-04217-NKL   Document 188-1   Filed 12/01/09   Page 4 of 9

STATE OF DISTRICT OF COLUMBIA
                              ) SS.
CITY OF _____)

    On this 16th day of May, 1991, before me, the undersigned Notary Public, personally appeared Charles de Seve, Ph.D. known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

    In witness whereof, I hereunto set my hand and official seal.

*Virginia L Hackley*
NOTARY PUBLIC Virginia L. Hackley
My Commission Expires February 14, 1993

My Commission Expires: 2/14/93

# AFFIDAVIT

I hereby swear and affirm the following:

1.) That I am a business economist (Vita attached) and have been involved in court testimony for over 27 years.

2.) I currently serve as one of six vice presidents of the National Association of Forensic Economists, which is a sub-group of the American Economic Association comprised of more than 500 members.

3.) That I have calculated lost enjoyment of life (hedonic) damages, based upon a multitude of willingness to pay studies in the economic literature. These studies value an American life based upon what workers and consumers are willing to pay to preserve (save) an American life.

4.) That lost enjoyment of life damages can be estimated with a reasonable degree of professional certainty. The calculations, however, represent values of a statistical life and not the precise value for a given individual. The values can be used by the jury as a benchmark in placing a specific value on the life of the given individual.

5.) Disagreements among forensic economists over specific aspects of such calculations do not differ from disagreements over other calculations long accepted in courts of law--such as the exact relationship between wage growth and discount rates in the estimation of lost earning capacity.

_____
Signed                         (Everett Dillman, Ph.D)

12-2-91
Date

# NOTARY

SUBSCRIBED AND SWORN TO before me on this the _2nd_ day of _December_, 1991.

_____
Notary Public in El Paso County,
the State of Texas

My Commission Expires: 4-22-93

# NATIONAL ASSOCIATION OF FORENSIC ECONOMISTS

*[Handwritten: 5 of 7 Board Members support Hedonic Damage Calculations (See Affidavits)]*

**President**
Frank Slesnick ⊛ — Bellarmine College

**Vice Presidents**

East
Patrick Gaughan ⊛ — Fairleigh Dickinson University

South
Luvonia Casperson ⊛ — Louisiana State University

Midwest
Thomas Ireland — University of Missouri–St. Louis

West
John Adams — California Polytechnic State University–San Luis Obispo

**At Large Board Members**
Everett Dillman ⊛     Michael Brookshire ⊛
Charles de Seve (Elected in 1994) ⊛

**Past Presidents**
John Ward 1986–1988 ⊛     Gerald Olson 1988–1989
Robert J. Thornton 1989–1990

**Executive Director**

Gerald Olson

## NAFE Membership Rates

| | |
|---|---|
| 1-Year Regular Membership | $ 75.00 |
| 3-Year Regular Membership | $200.00 |
| Annual Institutional Membership | $ 75.00 |
| Annual Student Membership (Registered Students Only) | $ 20.00 |

Membership fees include subscription to the *Journal of Forensic Economics* published three times yearly. Library, law firm and business subscriptions are Institutional Memberships.

Applications for membership, manuscripts and editorial correspondence should be addressed to National Association of Forensic Economists, P.O. Box 30067, Kansas City, Missouri 64112. Membership: (816) 235-1314, *Journal of Forensic Economics*: (816) 235-1314 or 2833. FAX: (816) 235-5263.

*[Handwritten: ⊛ Estimate Hedonic Damages as Experts. Others may also — I do not know.]*



# Michael L. Brookshire & Associates

333 12th Street, Suite 3
P.O. Box 1046
Dunbar, West Virginia 25064

Telephone: 744-0781
Telecopier: 744-0795
Area Code: (304)

VIA FACSIMILE

## MEMORANDUM

TO: Stan Smith

FROM: Michael L. Brookshire  *MLB/lsk*

SUBJECT: Atlanta NAFE Meeting and Dr. Viscusi's Comments

DATE: May 6, 1992

At the Annual Meeting of the National Association of Forensic Economists in Atlanta in December, 1989 one of the three section meetings was devoted to the loss of enjoyment of life damages. The four panelists presenting papers included Kip Viscusi, Ted Miller, Bill Dickens and Stan Smith. A compendium of these was published in the Fall, 1990 issue of the <u>Journal of Forensic Economics</u>.

In the paper handed out at the meeting, and in his presentation, Viscusi maintained that whole life costs, in the dimension of $5,000,000 should be used as the basis for valuing life. Smith presented loss of enjoyment of life figures netting out lost earnings, amounting to approximately 2.3 million dollars for a statistically average person. Miller and Dickens also made presentations. A general discussion by the panelists followed.

Viscusi maintained that he believed these estimates of the value of life should be used only in product liability cases. When pressed by Smith as to what figures Viscusi would provide to a jury if and when a jury was allowed to award for the value of life in non-product cases, Viscusi replied: "Well then I would provide your figures, Stan."

MLB/lsk

Case 2:08-cv-04217-NKL   Document 188-1   Filed 12/01/09   Page 8 of 9



# Michael L. Brookshire & Associates

P.O. Box 8539
South Charleston, West Virginia 25303

Telephone: 744-0781
FAX: 744-0795
Area Code: (304)

## M E M O R A N D U M

TO: Charles de Seve
　　Stan Smith

FROM: Michael Brookshire

RE: Hedonic Reference Files

DATE: January 28, 1991

　　This is to document an important comment from the December 1990 NAFE and AEA meetings in Atlanta. After Dr. Dickens concluded his criticisms on the state of hedonic research, he stated, nevertheless, that he thought a $2 million value of an American life "sounded about right".

MLB/sec